UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JACKLYN CRYSTAL-MARIE BELL, <br><br> Plaintiff, <br><br> v. <br><br> TCHAPET, <br><br> Defendant. | CAUSE NO. 3:21-CV-202-DRL-MGG |

OPINION AND ORDER

Dr. Tchapet, by counsel, filed a motion asking to take the deposition of Jacklyn Crystal-Marie Bell, a prisoner without a lawyer at the Rockville Correctional Facility. ECF 28. The motion was filed prior to the expiration of the deadline for initiating discovery and will be conducted prior to the expiration of the deadline for completing discovery. The deposition has been coordinated with officials at the Correctional Industrial Facility. For these reasons, the motion (ECF 28) is GRANTED to the extent the defendants may conduct the deposition **Jacklyn Crystal-Marie Bell, IDOC # 165174**, at the Rockville Correctional Facility on **January 11, 2022**, as provided for in Rule 30(d)(1), and as coordinated with officials at the Rockville Correctional Facility. The clerk is DIRECTED to send a copy of this order to the Litigation Liaison at the Rockville Correctional Facility.

SO ORDERED on November 17, 2021

s/ Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United State Magistrate Judge